NOT FOR PUBLICATION

**CLOSED**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

LAUREEN BULL

      Plaintiff,

          v.

UNITED PARCEL SERVICE, INC.,

      Defendant

**Hon. Dennis M. Cavanaugh**

**ORDER**

Civil Action 2:07-cv-02291 (DMC)(JAD)

DENNIS M. CAVANAUGH, U.S.D.J.:

This matter comes before the Court upon motion to dismiss by Defendant United Parcel Service, Inc.  After considering the submissions of the parties, and based upon the Court's Opinion filed this day;

IT IS   29th   day of October, 2010;

**ORDERED** Defendants  motion  is **granted.**

          S/ Dennis M. Cavanaugh

          Dennis M. Cavanaugh, U.S.D.J.

Original:     Clerk
cc:          All Counsel of Record
            File