LAUREEN BULL
v.
UNITED PARCEL SERVICE, INC.

Case:   2:07-cv-2291
Date:   11/26/13   Time: 10:18
Jury Communication #___1___

We have selected a foreman and are ready for our materials.