LAUREEN BULL
v.
UNITED PARCEL SERVICE, INC.

Case:  2:07-cv-2291
Date: 11/26/13   Time: 11:56 am
Jury Communication # 2

We would like to know if each question's ANSWER needs to be unanimous OR Majority?
(we are referring to the JURY)

Each question's answer needs to be unanimous.
— Judge McNulty