LAUREEN BULL  
v.  
UNITED PARCEL SERVICE, INC.

Case: 2:07-cv-2291  
Date: 11/26/13  Time: 2pm  
Jury Communication # 3

① In Count 1, question 3 states: "Ms. Bull was terminated by United Parcel Service, Inc. (UPS);" There is no exact date leaving her actual termination in a sense "open-ended" yet, in count 2, question 1, the date "April 4, 2006" is clearly stated as her termination day. We'd like clarification as to whether or not to always use/consider this date for "termination" day.

② Do we need to show each answer yes/no to 1-8 even in the event one answer is "no"?

③ ~~our positi~~ If our position is unanimously one way in Count 1 & we find it somehow contradicts count 2, is that permitted.