LAUREEN BULL
    v.
UNITED PARCEL SERVICE, INC.

Case: 2:07-cv-2291
Date: 11/26/13 Time: 4:05
Jury Communication #4

We the jury have reached a verdict in this case.